UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEODIS JOHNSON, ET AL.                                              CIVIL ACTION

VERSUS                                                                            NO. 24-936-JWD-RLB

C-K WILLOW BEND LAKE, LLC, ET AL.

**ORDER**

The party asserting diversity jurisdiction must "distinctly and affirmatively allege" the citizenship of the parties. *Howery v. Allstate Ins. Co.,* 243 F.3d 912, 919 (5th Cir. 2001) (citations omitted). The Notice of Removal (R. Doc. 1) alleges several grounds for jurisdiction, including diversity jurisdiction under 28 U.S.C. §1332(a)(1).

This Court *sua sponte* notes the potential insufficiency of C-K Willow Bend Lake, LLC, Multifamily Management, LLC and AXIS Surplus Insurance Company's ("Defendants") allegation of the citizenship of the parties.

This case involves a suit wherein certain members of defendant C-K Willow Bend Lake, LLC are limited partnerships and limited liability companies. (R. Doc. 1). "[T]he citizenship of a[n] LLC is determined by the citizenship of all of its members." *Harvey v. Grey Wolf Drilling Co.,* 542 F.3d 1077, 1080 (5th Cir. 2008). As set forth below, tracing the citizenship of these members ultimately leads to a significant number of various trusts.

While Defendants properly allege the citizenship of C-K Willow Bend Lake Realty Corp. as a member to C-K Willow Bend Lake, LLC, the proper citizenship of the remaining members, Kings Mountain IV, L.P. and Coolidge-Fifty Three LLC, appears deficient because the citizenship of certain limited partners and members are improperly alleged. According to

Defendants' Notice of Removal, certain members of Kings Mountain IV, L.P. and Coolidge-Fifty Three LLC are made up of various trusts.

For Kings Mountain IV, L.P., the following trusts are named either as members of Kings Mountain IV, L.P., or members of Kings Mountain IV, L.P.'s members: DNJ Family Trust, Craig Koenigsberg 2016 Trust FBO Danielle Koenigsberg, Craig Koenigsberg 2016 Trust FBO Nicole Koenigsberg, Craig Koenigsberg 2016 Trust FBO Jake Koenigsberg, and FAM Descendants Trust.

For Coolidge-Fifty Three, LLC, the followings trusts are named as members of Coolidge-Fifty Three, LLC or members of Coolidge-Fifty Three, LLC's members: Bernard Mayrsohn Trust, Leon Silverman Revocable Trust, Paul Cleeman Revocable Trust, Trust FBO Marisa Rose Goldstein, Arlene Goldstein Trustee, The Denise Breger Irrevocable Trust, Edward Berger GST Trust FBO David Berger, Edward Bregar GST Trust FBO Maxine Breger, and Trust UTA 12/30/92 Scott D Goldstein, Arnold Goldstein Trustee.

In addition, James G. Houlihan Family Second LP names the following trusts as partners: Kara Coleman 2008 Trust, Caitlin Coleman 2008 Trust, Kevin Coleman 2008 Trust, Mary Houlihan Trust, and Thomas P. Houlihan Sole & Separate Property Trust.

"When a trustee is sued [or sues] in its capacity as the trustee of a trust, the citizenship of the trustee controls for purposes of determining diversity jurisdiction." *Marshall v. Wilmington Tr., Nat'l Ass'n as Tr. for MRFA Tr. 2015-1,* No. 6:18-CV-00579-JDK, 2018 WL 6977702, at *1 (E.D. Tex. Dec. 18, 2018), *report and recommendation adopted,* No. 6:18-CV-00579-JDK, 2019 WL 118021 (E.D. Tex. Jan. 4, 2019) (citing *Navarro Sav. Ass'n v. Lee,* 446 U.S. 458, 464-66, 100 S. Ct. 1779, 1783-84, 64 L. Ed. 2d 425 (1980)). When the trust itself is acting in its own capacity, however, the trust "possesses the citizenship of all its members [(beneficiaries)]."

*Deutsche Bank Nat'l Tr. Co. as Tr. for Long Beach Mortg. Loan Tr. 2005-WL1 v. Friend,* No. 3:20-CV-00005-S-BT, 2020 WL 5350449, at *2 (N.D. Tex. Aug. 10, 2020), *report and rec. adopted,* No. 3:20-CV-00005-S-BT, 2020 WL 5332904 (N.D. Tex. Sept. 3, 2020) (citation omitted).

Based on the allegations in this case and the capacity of the defendants being sued, it appears that the beneficiaries of each trust may determine the citizenship of certain defendants. It is the duty of the removing party to set forth the specifics regarding jurisdiction. Accordingly,

**IT IS ORDERED**, pursuant to 28 U.S.C. §1653, that, within 14 days of the date of this Order, Defendants shall file an amended notice of removal providing the citizenship of Defendant C-K Willow Bend Lake, LLC by setting forth all citizenship particulars required to sustain federal diversity jurisdiction. In the alternative, Defendants may file a brief addressing jurisdiction and setting forth why the allegations of citizenship are legally sufficient.

Signed in Baton Rouge, Louisiana, on December 4, 2024.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**